No. 82–637. SAVE THE VALLEY, INC. *v.* ENVIRONMENTAL PROTECTION AGENCY. C. A. 6th Cir. Certiorari denied.

No. 82–658. CONSOLIDATED SERVICE CORP. ET AL. *v.* ROBINSON, TRUSTEE IN BANKRUPTCY OF D. C. SULLIVAN & CO., INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–680. FIRE EQUIPMENT MANUFACTURERS' ASSN., INC., ET AL. *v.* DONOVAN, SECRETARY OF LABOR, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–682. RICHARDSON *v.* REGAN, SECRETARY OF THE TREASURY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–685. CONLEY *v.* CITY OF MONTGOMERY, ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 82–690. GENERAL MOTORS CORP. *v.* INTERNATIONAL TRADE COMMISSION ET AL. C. A. Fed. Cir. Certiorari denied.

No. 82–719. AVONDALE SHIPYARDS, INC. *v.* KAISER ALUMINUM & CHEMICAL SALES, INC. C. A. 5th Cir. Certiorari denied.

No. 82–728. COMPUTER SCIENCES CORP. ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 82–733. PULLMAN STANDARD, INC. *v.* PINKARD. C. A. 11th Cir. Certiorari denied.

No. 82–735. GOLDEN STATE TRANSIT CORP., DBA YELLOW CAB OF LOS ANGELES *v.* CITY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied.